IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAWN RYAN COWAN,<br><br>               Plaintiff,<br><br>vs.<br><br>JEFFERY H. LANGTON, JENNIFER KOILES, DAVID DEMMONS, and STEVE McEWEN,<br><br>               Defendants. | CV 21-65-M-DWM<br><br><br>JUDGMENT |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure. This matter is now closed.

     Dated this 16th day of June, 2021.

                                          TYLER P. GILMAN, CLERK

                                          /s/ Nicole Stephens
                                          Nicole Stephens, Deputy Clerk