IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAWN RYAN COWAN, | CV 21–65–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JEFFERY H. LANGTON, JENNIFER KOILES, DAVID DEMMONS, and STEVE McEWEN, | |
| Defendants. | |

On June 1, 2021, Plaintiff filed a Motion to Proceed in Forma Pauperis, (Doc. 1), and a proposed complaint alleging constitutional violations pursuant to 42 U.S.C. § 1983 and state law claims against certain judicial officers from Ravalli County, Montana, (Doc. 2). On June 14, 2021, Plaintiff filed a "motion for party non-joinder," (Doc. 4), and a request for an injunction, (Doc. 5), with an affidavit in support of both motions, (Doc. 6). On June 16, 2021, the Court entered an order denying Plaintiff's motions and dismissing the case with prejudice. (Doc. 7.) Judgment was entered the same day. (Doc. 8.)

Plaintiff has now filed a motion titled "Demand for Jury Trail [sic], Change of Venue, Notice of Audit." (Doc. 9.) In substance, the motion seeks reassignment of his case to another judge so that it can proceed on the merits. (*See*

1

*id.*) It does not, however, present any viable ground to alter or amend the June 16 Judgment, *see* Fed. R. Civ. P. 59(e); *see Allstate Ins. Co. v. Heron*, 634 F.3d 1101, 1111 (9th Cir. 2011), or warrant some sort of relief from that judgment, *see* Fed. R. Civ. P. 60(b).

Accordingly, IT IS ORDERED that Plaintiff's motion (Doc. 9) is DENIED. Because this case has been closed, no further filings except a notice of appeal will be accepted in this case. (*But see* Doc. 7 (certifying that an appeal would not be taken in good faith).)

DATED this 30th day of June, 2021.

Donald W. Molloy, District Judge
United States District Court